UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
UNIGEN PHARMACEUTICALS, INC.,       )
                                    )   No. C07-0471RSL
            Plaintiff,              )
     v.                             )
                                    )   ORDER
WALGREEN COMPANY,                   )
                                    )
            Defendant.              )
_____)

       This matter comes before the Court *sua sponte*. On October 16, 2007, the Court ordered plaintiff to deliver a courtesy copy of documents filed on October 9, 2007. Defendant has now provided the necessary documents. The Order to Show Cause (Dkt. # 26) is hereby VACATED.

       DATED this 22nd day of October, 2007.

                    /s/ Robert S. Lasnik
                    Robert S. Lasnik
                    United States District Judge

ORDER