Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNIGEN PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation,<br><br>Defendant. | No. C07-0471RSL<br><br>ORDER GRANTING LEAVE TO AMEND COMPLAINT |

THIS MATTER has come before the Court upon the motion for leave to amend its Complaint filed by Plaintiff Unigen Pharmaceuticals, Inc.  The Court, having reviewed the motion and responsive materials filed by Defendant Walgreen Co.,

IT IS THEREFORE ORDERED that Plaintiff's motion for leave to amend its Complaint is GRANTED.  Plaintiff may file an Amended Complaint, substantially in the form of the proposed Amended Complaint lodged contemporaneously with the Motion to Amend, within ten (10) days from the date of this Order.

DATED this 13th day of November, 2007.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO AMEND
COMPLAINT  - 1

Presented by:

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>


/s/ Robert J. Carlson
Robert J. Carlson, WSBA No.: 18,455
Pam K. Jacobson, WSBA No.: 31,810
Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  bob.carlson@cojk.com,
pam.jacobson@cojk.com,
courtdocs@efiling.com
Attorney for Defendant

ORDER GRANTING LEAVE TO AMEND
COMPLAINT - 2